26M3226

Duration:

Proceeding via: ☐ Video Conference ☐ AT&T ☑ In Person

DOCKET No. 19 CR 06

DEFENDANT Manuel Hernadez

AUSA Andrew Stahl

DEF.'S COUNSEL Amy Gallicchio

☐ RETAINED ☑ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ ______ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☑ Rule 5 ☐ Rule 9 ☐ Rule 5(c)(3) ☐ Detention Hrg.

☐ Other: ______

DATE OF ARREST 8/9/26

TIME OF ARREST 7:00pm

TIME OF PRESENTMENT 3:14pm

☐ VOL. SURR.

☐ ON WRIT

## BAIL DISPOSITION

☐ SEE SEP. ORDER

☐ SEE TRANSCRIPT

☐ DETENTION ON CONSENT W/O PREJUDICE

☐ DETENTION: RISK OF FLIGHT/DANGER

☐ DETENTION HEARING SCHEDULED FOR: ______

☐ AGREED CONDITIONS OF RELEASE

☐ DEF. RELEASED ON OWN RECOGNIZANCE

☒ $ 50,000 PRB ☒ 2 FRP

☐ SECURED BY $ ______ CASH/PROPERTY: ______

☒ TRAVEL RESTRICTED TO SDNY/EDNY/ D. NJ

☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES

☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☒ PRETRIAL SUPERVISION: ☐ REGULAR ☐ STRICT ☒ AS DIRECTED BY PRETRIAL SERVICES

☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS

☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION ☐ HOME DETENTION ☐ CURFEW ☐ STAND ALONE MONITORING

☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS ☐ GPS

☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR] ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM

☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET

☒ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: ______ ; REMAINING CONDITIONS TO BE MET BY: ~~8/24/26~~ 8/17/26

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

- Not to operate any boats or nautical vessels
- no contact with passengers of the vessel
- no contact with anyone employed by the tour operator

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY

☐ CONFERENCE BEFORE D.J. ON ______

☐ DEF. WAIVES INDICTMENT

☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL ______

For Rule 5(c)(3) Cases:

☐ IDENTITY HEARING WAIVED

☐ DEFENDANT TO BE REMOVED

☐ PRELIMINARY HEARING IN SDNY WAIVED

☐ CONTROL DATE FOR REMOVAL: ______

PRELIMINARY HEARING DATE: ~~8~~ 9/9/26 ☒ ON DEFENDANT'S CONSENT

**DATE:** 8-10-2026

[signature]

**UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.**

WHITE (original) – COURT FILE PINK – U.S. ATTORNEY'S OFFICE YELLOW – U.S. MARSHAL GREEN – PRETRIAL SERVICES AGENCY

Rev'd 2016